,[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12108

Non-Argument Calendar

_____

In Re: LENA MARIE LINDBERG,

Plaintiff-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-mc-00163-RBD-DCI

_____

2    Opinion of the Court    23-12108

Before WILSON, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Lena Lindberg appeals, *pro se*, from a May 23, 2023, magistrate judge screening order returning her filings and revoking her access to a *pro se* filing portal. The order, however, is not final or appealable to this Court, as an appeal from a magistrate judge order must be taken to the district court. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Even if the district judge ultimately affirms the order, the subsequent affirmance would not cure Lindberg's premature notice of appeal. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.